# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| CHRISTOPHER L. BOLTON ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-CV-653 |
| DR. VIRGINIA JOHNSON & TERRY COBB ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Virginia C. Johnson and Terry Cobb recover costs from the plaintiff *(name)* Christopher Bolton.

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge H. Bruce Guyton on a motion for dismissal.

Date: 06/13/2013

*CLERK OF COURT*

s/K. Watson
*Signature of Clerk or Deputy Clerk*